UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO POLICY NOS. LCP-1000091-00 and 1000092-00,<br><br>    Plaintiff,<br><br>v.<br><br>WEST 82ND STORAGE ZONE, LLC, et al.,<br><br>    Defendants. | No. 5:20-CV-044-H |

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 43. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on June 17, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE